# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSEPH TEICH,**

      **Plaintiff,**

**v.**                                                         Case No:   6:18-cv-175-Orl-41KRS

**US FOODS, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE RULE 3.05(c) CONFERENCE AND FOR PERMISSION TO PARTICIPATE TELEPHONICALLY (Doc. No. 53)**
>
> **FILED:**      **April 13, 2018**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The parties are permitted to conduct their case management conference telephonically. The conference shall take place no later than April 27, 2018.

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2018.

                                                              *Karla R. Spaulding*
                                                              KARLA R. SPAULDING
                                                UNITED STATES MAGISTRATE JUDGE